Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHAELS ALARCON,<br><br>Defendant. | DOCKET NO. 6:12-mj-14-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, David Michaels ALARCON, was arrested February 7, 2012, in Yosemite National Park and charged with five counts in a complaint: Count 1: DUI AMENDED to Wet Reckless, Count 2: failure to comply with traffic control device, Count 3: driving on a suspended license, Count 4: open container, and Count 5: possession of a controlled substance (marijuana). ALARCON plead guilty December 5, 2012, to Count 1, and all other counts were dismissed. ALARCON was sentenced to pay a fine of $500, complete DMV Wet Reckless Course and 12 months of unsupervised probation. The Government alleges David Michaels ALARCON has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:     FAILURE TO COMPLETE COMMUNITY SERVICE

ALARCON was ordered to complete 50 hours of community service. To date, the

1

Yosemite Legal Office has not received any proof of completion of community service by ALARCON.

CHARGE TWO:     FAILURE TO COMPLETE DMV WET RECKLESS COURSE

ALARCON was required to complete the DMV Wet Reckless Course. To date the Yosemite Legal Office has not received any verification of completion of the course.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. David Michaels Alarcon*, 6:12-mj-14-MJS, be put back on calendar at a time convenient for the Court.

Dated: November 26, 2013

> By: /s/ Matthew McNease
> Matthew McNease
> Acting Legal Officer
> Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

( )   Submit a Request for Warrant or Summons:

( )   Defendant to Appear at Yosemite District Courthouse

(XX)  The Courtroom Deputy shall set a date for Defendant to appear at the Yosemite Division of this Court to respond to the above violation allegations.

IT IS SO ORDERED.

Dated:   November 26, 2013         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE